■ In the Matter of ATALAY G. YILMAZ, Appellant, v LAURA S. CACHELL, Respondent. [4 NYS3d 917]—Appeal from an order of the Family Court, Nassau County (Hope Schwartz Zimmerman, J.), dated September 13, 2012. The order, insofar as appealed from, awarded the father supervised visitation with the subject child.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

The Family Court providently exercised its discretion in directing that the father's visitation with the subject child be

supervised. The determination has a sound basis in the record (*see Matter of Morgan H. [Tamirra H.]*, 118 AD3d 997 [2014]).

The father's contention that the Family Court erred in not conducting an in camera interview of the child is unpreserved for appellate review and, in any event, is without merit (*see Matter of Rudy v Mazzetti*, 5 AD3d 777 [2004]).

The father's remaining contention is without merit. Rivera, J.P., Austin, Sgroi and Barros, JJ., concur.